**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1735**

In re: DAVID DEAN BUZZARD, JR.,

Petitioner.

On Petition for Writ of Mandamus.  (3:18-cv-00062-GMG-RWT)

Submitted:  November 19, 2019                    Decided:  November 21, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

David Dean Buzzard, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Dean Buzzard, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 42 U.S.C. § 1983 (2012) complaint. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We grant in part Buzzard's motion to seal with respect to the motion to seal itself and deny in part the motion with respect to the remainder of the appellate record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*